Charles M. Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700

Michael E. Patunas
PATUNAS LAW LLC
24 Commerce Street, Suite 606
Newark, NJ 07102
(973) 877-3812
mpatunas@patunaslaw.com

*Attorneys for Plaintiffs*
*Jazz Pharmaceuticals, Inc. and Jazz*
*Pharmaceuticals Ireland Limited*

*Attorney for Defendants*
*Mallinckrodt plc, Mallinckrodt Inc.,*
*and Mallinckrodt LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY



| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., et al., | |
| Plaintiffs, | Civil Action No. 18-29 (ES)(JAD) |
| v. | |
| MALLINCKRODT PLC, et al., | (Filed Electronically) |
| Defendants. | |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and by agreement between Plaintiffs Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited (collectively, "Plaintiffs") and Defendants Mallinckrodt plc, Mallinckrodt Inc., and Mallinckrodt LLC (collectively, "Mallinckrodt") (together with Plaintiffs, the "Parties"), Plaintiffs hereby notice their dismissal of this matter without prejudice. It is further stipulated that the U.S. District Court for the District of New Jersey retains jurisdiction to enforce and resolve any disputes relating to the Parties' resolution of the Action.

Dated: June 7, 2018

**SO STIPULATED:**

By: s/ Charles M. Lizza
    Charles M. Lizza
    William C. Baton
    SAUL EWING ARNSTEIN & LEHR LLP
    One Riverfront Plaza, Suite 1520
    Newark, NJ 07102-5426
    (973) 286-6700

    *Attorneys for Plaintiffs Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited*

By: s/ Michael E. Patunas
    Michael E. Patunas
    PATUNAS LAW LLC
    24 Commerce Street, Suite 606
    Newark, NJ 07102
    (973) 877-3812
    mpatunas@patunaslaw.com

    *Attorney for Defendants Mallinckrodt plc, Mallinckrodt Inc., and Mallinckrodt LLC*

**SO ORDERED:**
This 14th day of June, 2018

HON. ESTHER SALAS
UNITED STATES DISTRICT JUDGE